

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-16-00113-CV

Richard **RAMOS**, Individually and D/B/A Green Energy of SA and Green Energy of San Antonio,
Appellants

v.

Carol **BURROWS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04008
Honorable Larry Noll, Judge Presiding

## O R D E R

On March 3, 2016, appellant filed his notice of appeal. On April 7, 2016, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay the balance due for the preparation of the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court **within fourteen days** of the date of this order that the balance due on the reporter's fee has been paid. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court